HILDA MALAVE,
INDIVIDUALLY AND AS
PERSONAL
REPRESENTATIVE OF THE
ESTATE OF CRISTIAN E.
MALAVE, DECEASED,
CARLOS E. MALAVE,
MELISSA MALAVE AND
HILDA AND CARLOS E.
MALAVE, AS GUARDIANS
AND PARENTS OF ALYSSA
MALAVE, A MINOR,

      Appellants,

v.

JAMES J. TAYLOR, JR., AS
PERSONAL
REPRESENTATIVE OF THE
ESTATE OF VIRGINIA LEE
PAGEL, DECEASED,

      Appellee.

IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5732

_____/

Opinion filed September 1, 2017.

An appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

Christopher V. Carlyle and John N. Bogdanoff, The Carlyle Appellate Law Firm,
The Villages, for Appellants.

Daniel M. Bachi, Sellars, Marion & Bachi, PA, West Palm Beach, for Appellee.

PER CURIAM.

AFFIRMED.

LEWIS, RAY, and JAY, JJ., CONCUR.